*Paul W. Williams,* Special Assistant Attorney General, and *Edward L. Ryan,* Assistant Attorney General, for the State of New York, petitioners.

No. 480, Misc. WALDER *v.* UNITED STATES. C. A. 8th Cir. Certiorari granted. Petitioner *pro se. Acting Solicitor General Stern* for the United States.

No. 506. ACCINANTO, LTD. ET AL. *v.* A/S J. LUDWIG MOWINCKELS REDERI ET AL. C. A. 4th Cir. Certiorari denied. *Henry N. Longley* and *George W. P. Whip* for petitioners. *Harold S. Deming, William A. Grimes* and *Wharton Poor* for respondents.

No. 631. CONTINENTAL CASUALTY Co. *v.* THE BENNY SKOU. C. A. 4th Cir. Certiorari denied. *R. Arthur Jett* for petitioner. *Thos. M. Johnston* for respondent.

No. 707. SCOTT PUBLISHING Co. ET AL. *v.* GAFFNEY. Supreme Court of Washington. Certiorari denied. *J. Kennard Cheadle* for petitioners.

No. 738. SPIKINGS *v.* WABASH RAILROAD Co. C. A. 7th Cir. Certiorari denied. *William C. Wines* for petitioner. *Elmer W. Freytag* for respondent.

No. 741. ATLANTIC COAST LINE RAILROAD Co. *v.* BROTHERHOOD OF RAILWAY AND STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS AND STATION EMPLOYEES, ET AL. C. A. 4th Cir. Certiorari denied. *Charles Cook*